UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
 SHENG-WEN CHENG,

                    Plaintiff,

    -against-                           24 **CIVIL** 8100 (JPC)

                                        **JUDGMENT**

EUGENE AUSTIN,

                    Defendant.
---------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons

stated in the Court's Opinion & Order dated April 17, 2026, the Court dismisses this case without

prejudice.  Accordingly, judgment is entered in favor of the Defendant and the case is closed.

**Dated:** New York, New York

      April 20, 2026

                                   **TAMMI M. HELLWIG**

                                      **Clerk of Court**

                 **BY:**

                                      **Deputy Clerk**